# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIPE LEANOS, | ) | NO. EDCV 11-068-CW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: October 7, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge